UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA B. HUGGINS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | Case No. EDCV 07-1495 AHS(JC)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Superseding Report and Recommendation of United States Magistrate Judge ("Superseding Report and Recommendation"). The Court approves and adopts the Superseding Report and Recommendation.

    IT IS HEREBY ORDERED that: (1) the decision of the Commissioner of Social Security is AFFIRMED; and (2) Judgment be entered accordingly.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order,
2  the Superseding Report and Recommendation, and the Judgment on counsel for
3  the parties.
4  DATED:    July 20, 2009

ALICEMARIE H. STOTLER
_____
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE